Matthew D. O'Conner
Law Office of Matthew D. O'Conner
8011 Greenwood Ave. N.
Seattle, WA 98103
206-782-0722 – Phone
206-782-0233 – Fax
waeb@mdolaw.com - email

Attorney for Debtors

THE HONORABLE FRANK L. KURTZ
Chapter 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### AT SPOKANE/YAKIMA

In Re:

Allen C. Loun and Michelle E. Loun,

        Debtors,

---

Frontier Bank, a Washington banking corporation,

        Plaintiff,

   v.

Allen C. Loun and Michelle E. Loun,

        Defendants.

Chapter 7 No. 07-01632-FLK7

Adversary No. 07-80107

STIPULATION FOR ENTRY OF ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

## I. STIPULATION FOR ENTRY OF ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

STIPULATION FOR ENTRY OF ORDER
DISMISSING ADVERSARY PROCEEDING
WITH PREJUDICE - Page 1 of 2

LAW OFFICE OF
MATTHEW D. O'CONNER
8011 GREENWOOD AVENUE NORTH
SEATTLE, WA 98103
(206) 782-0722 – Fax: (206) 783-0233

07-80107-FLK    Doc 17    Filed 04/01/08    Entered 04/01/08 16:28:23    Pg 1 of 2

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff and Defendants in this action, by their attorneys of record, jointly stipulate to the immediate entry of an order directing that the above captioned action be dismissed with prejudice and without an award of costs to either party.

Dated this 1st day of April, 2008.

*[signature]*

Matthew D. O'Conner, WSBA #27061
Attorney for Defendants Allen and Michelle Loun
Law Office of Matthew D. O'Conner
8011 Greenwood Ave. North
Seattle, WA 98103
206-782-0722

and

*[signature]*

David R. Riley, WSBA# 12057
Attorney for Frontier Bank
Weinstein & Riley, P.S.
2001 Western Ave., Suite 400
Seattle, WA 98121
206-269-3490

STIPULATION FOR ENTRY OF ORDER
DISMISSING ADVERSARY PROCEEDING
WITH PREJUDICE - Page 2 of 2

LAW OFFICE OF
MATTHEW D. O'CONNER
8011 GREENWOOD AVENUE NORTH
SEATTLE, WA 98103
(206) 782-0722 – Fax: (206) 783-0233

07-80107-FLK   Doc 17   Filed 04/01/08   Entered 04/01/08 16:28:23   Pg 2 of 2